**FROM: The District Court of the 4th Judicial District.**
**County of Missoula.**

STATE OF MONTANA,
                              Plaintiff,                                    NO. 11423
            vs.                                                            DECISION
Ricky Lynn White,
                              Defendant.

On April 24, 1995, it was the judgment of the Court that Ricky Lynn White be committed to the Department of Corrections for a term of five (5) years for suitable placement, which may include an appropriate community based program, facility, or a State correctional institution. It is the recommendation of the Court that if the defendant is released on parole and/or placed in a pre-release center that the defendant not be placed in Missoula or near the defendant's ex-wife or any of the defendant's children. Defendant shall receive credit for time served at Missoula County Jail from December 28, 1994, through April 24, 1995, in the amount of one hundred eighteen (118) days.

On August 4, 1995, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence remain the same as originally imposed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Done in open Court this 4th day of August, 1995.

DATED this 17th day of August, 1995.

**Hon. Ted O. Lympus, Chairman, Hon. Jeffrey M. Sherlock, Member,**
**Hon. Robert Boyd, Alternate Member.**

The Sentence Review Board wishes to thank Ricky Lynn White for representing himself in this matter.